**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Swim Store Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-3231267 |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20 S. Huffman St.**<br>**Naperville, IL 60540**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Swim Store Inc.**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   <u>5419</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**          *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | The Swim Store Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | The Swim Store Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2016**
MM / DD / YYYY

**X /s/ Donald Lauterbach**
Signature of authorized representative of debtor

**Donald Lauterbach**
Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Kent A. Gaertner**
Signature of attorney for debtor

Date **November 30, 2016**
MM / DD / YYYY

**Kent A. Gaertner**
Printed name

**Kent A. Gaertner P.C.**
Firm name

**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone   **(630) 510-0000**      Email address   **kgaertner@springerbrown.com**

**3121489**
Bar number and State

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter ____7____

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

█████    Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 29, 2016
MM / DD / YYYY

X _____    Donald Lauterbach
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**    X _____    Date November 29, 2016
Signature of attorney for debtor    MM / DD / YYYY

**Kent A. Gaertner**
Printed name

**Kent A. Gaertner P.C.**
Firm name

**300 S. County Farm Rd.
Suite I
Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone    **(630) 510-0000**    Email address    kgaertner@springerbrown.com

3121489
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **The Swim Store Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __November 29, 2016__        X _____
                                             Signature of individual signing on behalf of debtor

                                            **Donald Lauterbach**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **The Swim Store Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:**   Signature and Declaration

  **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
  connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
  18 U.S.C. §§ 152, 1341, 1519, and 3571.

  I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
  and correct.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2016**

_____        **Donald Lauterbach**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**    _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

## United States Bankruptcy Court
### Northern District of Illinois

In re   The Swim Store Inc. _____     Case No. _____
                              Debtor(s)              Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 40

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   November 29, 2016 _____     _____

Donald Lauterbach/President
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The Swim Store Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Swim Store Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 29, 2016

Date

Kent A. Gaertner 3121489

Signature of Attorney or Litigant

Counsel for   **The Swim Store Inc.**

Kent A. Gaertner P.C.
300 S. County Farm Rd.
Suite I
Wheaton, IL 60187
(630) 510-0000 Fax:(630) 510-0004
kgaertner@springerbrown.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **The Swim Store Inc.** _____

Debtor(s)

Case No. _____
Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,000.00 |
| Prior to the filing of this statement I have received | $ | 4,000.00 |
| Balance Due | $ | 0.00 |

2.    $__335.00__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Donald and Cindy Lauterbach**

4.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 29, 2016** _____
*Date*

_____
Kent A. Gaertner 3121489
*Signature of Attorney*
**Kent A. Gaertner P.C.**
**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
**(630) 510-0000  Fax: (630) 510-0004**
**kgaertner@springerbrown.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Swim Store Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 30, 2016**        X **/s/ Donald Lauterbach**
                                                                Signature of individual signing on behalf of debtor

                                                                **Donald Lauterbach**
                                                                Printed name

                                                                **President**
                                                                Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **The Swim Store Inc.**

United States Bankruptcy Court for the:        NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ _____90,226.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $ _____90,226.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____3,006.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____38,991.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____370,500.00

4.    **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b        $ _____412,497.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Swim Store Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MB Financial Bank** | **Checking Account** | 0158 | $1,200.00 |
| 3.2. | **U.S. Bank** | **Checking Account** | 9966 | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $1,300.00

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **The Swim Store Inc.** | Case number *(If known)* | |
| | Name | | |

| 11a. 90 days old or less: | 38,926.00 | - | 0.00 | = .... | $38,926.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $38,926.00 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **9 wireless remote controls tp be returned to manufacturer for credit. Value $500/each. Held by Swim Store Service.** | September 2016 | Unknown | Replacement | $4,500.00 |

| 23. | **Total of Part 5.** | | $4,500.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **The Swim Store Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Dell Laptop Computer- Being held by Swim Store Services** | **Unknown** | **Liquidation** | **$1,000.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$1,000.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2011 Mercury Mariner** | **Unknown** | **Replacement** | **$9,500.00** |
| 47.2. **2005 International Dump Truck** | **Unknown** | **Replacement** | **$35,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     **The Swim Store Inc.**                                    Case number *(If known)* _____
Name

51.     **Total of Part 8.**                                                                          | $44,500.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **The Swim Store Inc.**                                    Case number *(If known)*
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $38,926.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,226.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $90,226.00 |

**Fill in this information to identify the case:**

Debtor name **The Swim Store Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ozinga Ready Mix Concrete**<br>Creditor's Name<br><br><br><br>P.O. Box 910<br>Frankfort, IL 60423<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**90 days or less: Zehner- 485 W. Fremont St., Elmhurst, Il. 60126-  $8,889.00 still owed. Kujak-  15740 Robert Louis Dr.,  Plainfield, Il. 60585-  $7,465.00 still owed. Jablonski-  1935 Hidden Bay Court, Naperville 60565 - $879.00 still ow**<br><br>Describe the lien<br>**Mechanic's Lien Claim against Zehner job.**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,006.00 | $38,926.00 |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $3,006.00

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **The Swim Store Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,687.00** | **$3,687.00** |
| --- | --- | --- | --- | --- |

**Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid Employment Taxes**

Last 4 digits of account number **1267**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,940.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Illinois Dept of Emplyment
Security
2525 Cabot Dr.
Lisle, IL 60532**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid Employment Taxes**

Last 4 digits of account number **1267**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | The Swim Store Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,364.00 | $25,675.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Mail Stop 5010 CHI**
**230 S. Dearborn St.**
**Chicago, IL 60604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid Employment Taxes**

Last 4 digits of account number **1267**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**925 ILF, Inc**
**c/o McQuillan Law Offices**
**1155 S. Washington St.**
**Naperville, IL 60540**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  9/2/16**

**Last 4 digits of account number  _**

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,490.00** |
|---|---|---|---|

**Aqua-Gon**
**1728 North Aurora Rd.**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2015/2016**

**Last 4 digits of account
number  SWIM STORE CONSTRUCTION**

Basis for the claim:  **Pool materials and supplies**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$738.00** |
|---|---|---|---|

**AT&T**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Last 4 digits of account number  4491**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,141.00** |
|---|---|---|---|

**Boughton Materials**
**11746 S. Naperville Plainfield Rd.**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2015/2016**

**Last 4 digits of account number  Unknown**

Basis for the claim:  **Materials for business**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,606.00** |
|---|---|---|---|

**Chase Visa**
**P.O. Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2015/2016**

**Last 4 digits of account number  4654**

Basis for the claim:  **Credit card purchases for business.**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The Swim Store Inc.** | | Case number (if known) | |
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,479.00 |
| | **Coverstar Central** | ☐ Contingent | |
| | **9211 Castlegate Dr.** | ☐ Unliquidated | |
| | **Indianapolis, IN 46256** | ☐ Disputed | |
| | Date(s) debt was incurred  2015/2016 | Basis for the claim:  **Breach of Contract** | |
| | Last 4 digits of account number  **SW01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Discovery Ventures Inc** | ☐ Contingent | |
| | **c/o McQuillan Law Offices** | ■ Unliquidated | |
| | **1155 S. Washington St.** | ■ Disputed | |
| | **Naperville, IL 60540** | | |
| | Date(s) debt was incurred  9/2/16 | Basis for the claim:  **Loan to business** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,981.00 |
| | **Home Depot Credit Services** | ☐ Contingent | |
| | **P.O. Box 9001030** | ☐ Unliquidated | |
| | **Louisville, KY 40290-1030** | ☐ Disputed | |
| | Date(s) debt was incurred  2015/2016 | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  **0578** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,586.00 |
| | **Kendall County Concrete** | ☐ Contingent | |
| | **695 Route 34** | ☐ Unliquidated | |
| | **Aurora, IL 60503** | ☐ Disputed | |
| | Date(s) debt was incurred  2016 | Basis for the claim:  **Materials** | |
| | Last 4 digits of account number  **0626** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
| | **Lorraine Olach** | ☐ Contingent | |
| | **1212 Atlas Ln.** | ☐ Unliquidated | |
| | **Naperville, IL 60540** | ☐ Disputed | |
| | Date(s) debt was incurred  2016 | Basis for the claim:  **Personal Loan to Debtor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Momkus. McCluskey and Roberts LLC.** | ☐ Contingent | |
| | **1001 Warrenville Rd.  Ste #500** | ☐ Unliquidated | |
| | **Lisle, IL 60532** | ☐ Disputed | |
| | Date(s) debt was incurred  8/2016 through 11/2016 | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.00 |
| | **Napa Auto Parts** | ☐ Contingent | |
| | **P.O. Box 2047** | ☐ Unliquidated | |
| | **Norcross, GA 30091** | ☐ Disputed | |
| | Date(s) debt was incurred  2016 | Basis for the claim:  **Auto Parts** | |
| | Last 4 digits of account number  **5883** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The Swim Store Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,267.00**

Owens Supply Co.
10025 Clow Creek Dr.
Plainfield, IL 60585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Basis for the claim:  **Supplies**

Last 4 digits of account number  8320

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Ronald G. Javorek
c/o McQuillian Law Offices
1155 S. Washington St.
Naperville, IL 60540

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/2/16

Basis for the claim:  **Loan to business**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,402.00**

Ryan Herco Flow Solutions
3010 N, San Fernando Blvd.
Burbank, CA 91503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Basis for the claim:  **Services**

Last 4 digits of account number  9738

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,876.00**

SCP Pool
2657 E. 84th Pl.
Merrillville, IN 46410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015/2016

Basis for the claim:  **Breach of Contract**

Last 4 digits of account number  7175

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Swim Store Custom Pool Co.
c/o McQuillen Law Office
1155 S. Washington St.
Naperville, IL 60540

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/2/16

Basis for the claim:  **Loan to Business**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Swim Store Retail Co.
c/o McQuillen Law Office
1155 S. Washington St.
Naperville, IL 60540

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/2/16

Basis for the claim:  **Loan to business**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Swim Store Services LLC
c/o McQuillen Law Office
1155 S. Washington St.
Naperville, IL 60540

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/2/16

Basis for the claim:  **Loan to business**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Swim Store Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,654.00 |
|---|---|---|---|

**U.S. Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **5844**

Basis for the claim:  **Overdraft Protection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,276.00 |
|---|---|---|---|

**Unilock Chicago**
**301 E. Sullivan Rd.**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015/2016**

Last 4 digits of account number  **SWISTO**

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,883.00 |
|---|---|---|---|

**Voyager Fleet Systems**
**P.O. Box 13050**
**Overland Park, KS 66282-3050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **3819**

Basis for the claim:  **Fuel purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.00 |
|---|---|---|---|

**Willco Green**
**12152 S. Naperville Plainfield Rd.**
**Plainfield, IL 60585-9597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **176**

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Don Lauterbach**<br>**Debtor's address** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **R.G. Javorek**<br>**900 E. Diehl Rd.**<br>**Naperville, IL 60563** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 38,991.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 370,500.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 409,491.00 |

**Fill in this information to identify the case:**

Debtor name      **The Swim Store Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Retail/Commercial lease** | |
| | State the term remaining | **Unknown** | **925 ILF, Inc** |
| | List the contract number of any government contract | _____ | **c/o McQuillan Law Offices**<br>**Naperville, IL 60540** |

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | **The Swim Store Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Don and Cindy Lauterbach** | **Debtor's address** | **Lorraine Olach** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.2 **Don Lauterbach** | **Debtor's address** | **Internal Revenue Service** | ☐ D ____<br>■ E/F __2.3__<br>☐ G ____ |
| 2.3 **Don Lauterbach** | **Debtor's address** | **Boughton Materials** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.4 **Don Lauterbach** | **Debtor's address** | **SCP Pool** | ☐ D ____<br>■ E/F __3.16__<br>☐ G ____ |
| 2.5 **Don Lauterbach** | | **Swim Store Retail Co.** | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |

| Debtor | **The Swim Store Inc.** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Don Lauterbach** | | **Discovery Ventures Inc** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.7 | **Don Lauterbach** | | **925 ILF, Inc** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.8 | **Donald and Cindy Lauterbach** | **20 S. Huffman St. Naperville, IL 60540** | **Momkus. McCluskey and Roberts LLC.** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.9 | **Donald Lauterbach** | **Debtor's address Guarentee** | **Ronald G. Javorek** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.10 | **Marilyn Lauterbach** | **1286 Tennyson Ln. Naperville, IL 60540** | **U.S. Bank** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.11 | **Marilyn Lauterbach** | **1286 Tennyson Ln. Naperville, IL 60540** | **Chase Visa** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **The Swim Store Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other    **Gross receipts less COGS** | $336,126.00 |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other    **Gross receipts less COGS** | $1,072,369.00 |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other    **Gross receipts less COGS** | $974,837.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   **The Swim Store Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Jerry's Plastering** | 10/11/16 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Discovery Ventures/ R.G. Javorek**<br>**c/o McQuillan Law Offices**<br>**1155 S. Washington St.**<br>**Naperville, IL 60540** | September 2, 2016 | $41,782.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Alleged Breach of Contract on Note** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **State Farm Ins. Co v. Swim Store Inc et al**<br>**2015 L 538** | **Contribution for fire damage** | **Circuit Court of DuPage County**<br>**505 No. County Farm Rd/ Wheaton, IL 60187** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **The Swim Store Inc.**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | **The Swim Store, Inc. v. Ronald G. Javorek, Discovery Ventures, Inc et al**<br>**2016 MR 1121** | **Replevin, Delaratory Judgement, Breach of Fiducary Duty, Conversion** | **Circuit Court of DuPage County**<br>**505 No. County Farm Rd/**<br>**Wheaton, IL 60187** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | **Discovery Ventures, Inc. et al v. Swim Store, Inc.**<br>**2016 CH 0001502** | **Injunctive Relief** | **Circuit Court of DuPage County**<br>**505 No. County Farm Rd/**<br>**Wheaton, IL 60187** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **The Swim Store Inc.**                                                      Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Kent A. Gaertner P.C.** **300 S. County Farm Rd.** **Suite #I/J** **Wheaton, IL 60187** | | **10/2016** | **$4,335.00** |
| Email or website address **kgaertner@springerbrown.com** | | | |
| Who made the payment, if not debtor? **Donald and Cindy Lauterbach** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. | **Equipment- 2 Vans, 2-trucks (all vehicles 12 to 15 years old and heavily used), 2 Bobcats, 1 skidsteer (heavily used).** | | |
| **Naperville Pool Contrctors LLC.** **25 W. 016 Ramm Dr.** **Naperville, IL 60564** | **Work in progress (two jobs) with a value of $15,433 owed.  Note that Naperville Pool will need to purchase parts and services with a cost in excess of $15,433 to complete these jobs.** | **9/1/2016** | **$42,000.00** |
| Relationship to debtor **Debtor's principals were hired by Naperville Pool as employees after the closing of Debtor.** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1525 Ogden Av.** **Lisle, IL 60532** | **3/2016 to 8/2016** |

| Debtor | The Swim Store Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **1340 W. Ogden Av. Naperville, IL 60563** | **1991 to 3/2016** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **U.S. Bank** | **XXXX-** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **$5.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **The Swim Store Inc.**        Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 6

Debtor    **The Swim Store Inc.** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Lawrence J. Ollearis & ASssoc.**<br>**1240 Iroquios Dr.**<br>**Naperville, IL 60563** | **10/2014 to 2/2016** |
| 26a.2. | **Kari Widlowski**<br>**1109 Treesdale Way**<br>**New Lenox, IL 60451** | **4/2014 to 3/2016** |
| 26a.3. | **R.G. Javorek- Advocate Financial**<br>**900 E. Diehl Rd.**<br>**Naperville, IL 60563** | **6/2014 to 7/2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **R.G. Javorek**<br>**Advocate Financial Services**<br>**900 E. Diehl Rd**<br>**Naperville, IL 60563** | **6/2014 to 7/2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **See Above** | |
| 26c.2. | **Cindy Lauterbach**<br>**20 S. Huffman St.**<br>**Naperville, IL 60540** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **American Chartered Bank**<br>**Now MB Financial Bank**<br>**4685 Winfield Rd.**<br>**Warrenville, IL 60555** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **The Swim Store Inc.** | | Case number *(if known)* | |

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Lauterbach | 20 S. Huffman St. Naperville, IL 60540 | Shareholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cindy Lauterbach | 20 S. Huffman St/ Naperville, IL 60540 | Manager | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Don Lauterbach** Debtor's address | $24,500.00 | Various between 11/27/15 to date | Wages |
| | Relationship to debtor Shareholder/Officer | | | |
| 30.2. | **Cindy Lauterbach** Debtor's address | $19,519.00 | Various 11/27/15 to date | Wages |
| | Relationship to debtor Sales Manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **The Swim Store Inc.**                                               Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2016**

**/s/ Donald Lauterbach**                          **Donald Lauterbach**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **The Swim Store Inc.** _____   Case No. _____

Debtor(s)                                      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **4,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **4,000.00**

    Balance Due _____   $ _____ **0.00**

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Donald and Cindy Lauterbach**

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 30, 2016** _____        **/s/ Kent A. Gaertner** _____
_Date_                                             **Kent A. Gaertner 3121489**
                                                   _Signature of Attorney_
                                                   **Kent A. Gaertner P.C.**
                                                   **300 S. County Farm Rd.**
                                                   **Suite I**
                                                   **Wheaton, IL 60187**
                                                   **(630) 510-0000   Fax: (630) 510-0004**
                                                   **kgaertner@springerbrown.com**
                                                   _Name of law firm_

---

# Springer Brown, LLC

MONADNOCK BUILDING
53 W. JACKSON BLVD.
SUITE 1320
CHICAGO, IL 60604

T 312.663.5423
F 312.663.0201

WHEATON OFFICE CENTER
300 S. COUNTY FARM ROAD
SUITE I
WHEATON, IL 60187

T 630.510.0000
F 630.510.0004

REPLY TO:

November 29, 2016

The Swim Store, Inc
C/o Don Lauterbach, President
20 S. Huffman St.
Naperville, IL. 60540

Re:        **The Swim Store, Inc.**
           **Legal Services Agreement and Engagement Letter**

Dear Ms. Sterne:

Pursuant to our recent meeting, please accept this letter as it sets forth the basic terms and conditions upon which **Kent A. Gaertner P.C.** ("ATTORNEY") will perform legal services for **THE SWIM STORE, INC..** (the "Client") in the above referenced matter (the "Engagement").

This letter shall (1) confirm that the Client has not retained ATTORNEY but has expressed its desire to do so, (2) confirm the scope of the Engagement when retained, and (3) describe the basis upon which ATTORNEY will bill for its services, once actually retained. If the Client has established billing protocols for its professionals, please forward them and ATTORNEY will make every effort to conform to them.

## Scope of Representation

The Client, through its President and shareholder, Don Lauterbach, of The Swim Store, Inc., has asked ATTORNEY to assist in representing the company interests in:

1.   The assessment of assets and liabilities regarding the entity known as The Swim Store, Inc.

2.   Assisting the company with consolidating information on assets and liabilities to facilitate the Chapter 7 filing,

3.   Analyzing past financial history of the company as it may effect the Chapter 7 including transfers and preferences.

4.   The preparation and filing of a Chapter 7 bankruptcy petition on behalf of the company.

5.      Representation of company interests in dealings with the appointed Chapter 7 Trustee and with Company creditors.

6.      Representation of company interests in dealings with prospective asset purchasers in Chapter 7.

The representation does not include representation of the Client in connection with **any litigation** arising out of the Chapter 7 filing, including, but not limited to, depositions under Rule 2004. At this time, no such litigation is expected. However, if such litigation is instituted, a new fee arrangement will be entered into between the Client, its shareholder/s and ATTORNEY to cover such representation.

## Determination of Fees and Expenses

Legal work varies greatly. Although we are often engaged by our clients to perform specific and limited tasks, our primary role as legal advisors is to offer our knowledge, experience and independent judgment. Recognizing this, our focus in charging for services is to arrive at a fee, which is fair and appropriate considering all of the circumstances.

Legal services provided by attorneys are fee for service arrangements generally involving the payment of a retainer fee to the attorney. In this matter, the Client, through its principals, authorized agents or assigns, has agreed to retain ATTORNEY with an advance payment retainer of $4,335.00 (the "retainer") for services rendered as delineated above. ATTORNEY proposes to charge the Client a flat fee for time and services, as delineated in the scope of representation above, expended on the matter ($4,000.00 attorney fee and $335.00 filing fee to the Clerk of the Bankruptcy Court). Should the representation be terminated prior to the filing of a Chapter 7 bankruptcy for any reason, ATTORNEY shall be entitled to be paid for the time expended on the file at a rate of $350.00 per hour plus reimbursement of its costs expended. If any portion of the retainer is unearned or not required for expenses, it will be refunded to the client. Each Attorney in the law firm concentrates his or her practice in the area of bankruptcy and bankruptcy litigation and is duly licensed and authorized to practice law in the State of Illinois and United States District Court for the Northern District of Illinois. Non-attorney support staff time although expended, will NOT be billed out without prior approval by the Client, and will be billed at the rate of bill $125 per hour. All legal services will be performed under the supervision of the owning member attorneys of the law firm.

The retainer stated above shall be considered an "advance payment" retainer pursuant to Dowling v. Chicago Options Associates, Inc. 875 N.E.2d, 1012, Ill., 2007 and pursuant to Rule 1.15 of the Illinois Rules of Professional Conduct. This means that the retainer is considered earned when paid in anticipation of future work. The retainer will not be held in a client trust account but instead will be deposited into the general operating account of our law firm. You have the right to require the funds be held as a "security retainer" which means they remain the

2

Client's property until actually earned by completion of the representation as defined above. The choice of how the retainer is treated (i.e. either security or advanced payment) is the client's alone. However, ATTORNEY will not agree to represent the Client unless the retainer is an advanced payment retainer. The special purpose for the advanced payment retainer is to protect the funds from the claims of creditors. Client funds that are held in a security retainer are still the property of the Client until earned by the lawyer. Therefore, funds held in a security retainer could be garnished by a creditor or turned over to a Bankruptcy Trustee. This would cause ATTORNEY to have no recourse for payment of its fee by the Client/ Debtor. Given the financial condition of the Client and the possibility that ATTORNEY could lose the retainer to a creditor or a bankruptcy trustee, if it were determined to be property of the bankruptcy estate, the advance payment retainer offers protection to the Client and ATTORNEY that the fees for the representation will be available.

ATTORNEY operates as an integrated unit. A client who calls upon a particular lawyer in fact retains the entire firm and has at its disposal all of the expertise and resources that the firm has to offer. Therefore, the lawyer who serves as one's principal contact at the firm may assign the work to another lawyer who has experience in the particular area involved or who is in a better position to perform the legal work most efficiently. In assigning work within the firm, ATTORNEY strives to achieve the most efficient mix of seniority and expertise, with the goal of providing effective representation to our clients economically.

ATTORNEY cannot quote a specific flat or final fee for services in this matter because we cannot control or predict the nature or extent of the services that may have to be provided. However, please be assured that we are sensitive to your needs, and that we will do our best at all times to minimize fess and expenses to the extent possible consistent with the furnishings of effective legal services.

In addition to our fees for services, we also bill our clients for out-of-pocket expenses incurred on their behalf. Reimbursable out-of-pocket expenses include the following: filing fees, computerized legal research fees, electronic access and filing fees, photocopying expenses, long distance telephone toll charges, telecopy charges, necessary travel expenses, and so forth. Please be advised of our firm policy that clients are required to advance or pay directly any disbursements in excess of $300.

## Termination

The Client may terminate our engagement as counsel at any time for any reason. ATTORNEY may withdraw as the Client's legal counsel or from our representation of the Client in any particular matter for good cause, which includes the Client's failure to perform their obligations described in this letter, failure to timely make payment for services rendered and expenses advanced, refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstances that would render our continuing representation

3

unlawful or unethical. If and when our services to the Client conclude, all unpaid fees and costs will be immediately due and payable.

## Duties

Effective legal representation requires a high level of cooperation between attorney and client. **Therefore, by executing this letter, the Client agrees to cooperate with us, keep us fully and truthfully informed of all developments, and to abide by this letter.** In turn, we are agreeing to provide those legal services reasonably required to represent the Client with respect to the matters described above and to take reasonable steps to keep the Client informed of our progress and to respond to the Client's inquiries. Of course, we cannot make any promises or guarantees about the outcome of the matters as to which the Client has engaged us, and nothing in this letter or in our statements should be so construed. When we provide our opinion as to the probable outcome of any matter, it is with the understanding that our opinion is just that, and not a promise or guarantee.

We encourage our clients to participate actively in the matters we are handling for them, as they are much closer to the details and effects of their affairs than we are and we wish to be certain that our efforts converge with our clients' goal. If at any time you should have a concern, or if we may be of service in another substantive area, we would ask that you raise it with us at once so that we can address your need without delay.

## Electronic Communications

Our clients and our law firm increasingly rely upon electronic communication such as e-mail, text-messaging, cellular telephones and electronic faxes (collectively, "**Electronic Communications**"). By engaging us, absent the Client's specific instructions to the contrary, you authorize us to use Electronic Communications. Because of their nature, Electronic Communications are not as secure as more traditional lines of communications, such as hard-wired telephones and telephonic faxes, U.S. Mail or couriers. The Client understands that some risk exists that any and all Electronic Communications could be intercepted by an unauthorized third party, and the Client hereby accepts the risk. With respect to the use of Electronic Communications for matters of particular sensitivity or for information that could be compromising or damaging to the Client, the Client acknowledges that each contact person with whom we are or will be directly working, including ATTORNEY, has the authority to consent specifically to the use of Electronic Communications for such matters. We shall also consider communications from the Client by Electronic Communications as specific consent to respond by Electronic Communications. *If the Client does not wish to use Electronic Communications for any particular matter or matters, you will so advise us in writing, or will so advise us orally and confirm the instruction promptly in writing.*

4

**Other Clients/Conflicts of Interest**

As a specialty boutique law firm, it is common for ATTORNEY to be engaged to represent more than one party in a significant bankruptcy or work-out / debt reorganization case. We do not believe that a conflict of interest is raised if we represent more than one party in a Bankruptcy case, as long as all of our clients are adverse to the debtor. We currently have reviewed the case and as of the date of this legal engagement letter, ATTORNEY does not represent any parties adverse to the Client. However, as is usually the case in any bankruptcy proceeding, the existence of other, non-listed or otherwise unknown parties may give rise to multiple representation by ATTORNEY. In fact, we often find that our clients generally benefit from the economics of scale that arise when fees and costs can be spread among a number of different parties. Therefore, the Client should be aware that we may in the future be contacted to represent other creditors or non-Debtor parties in interest of the above referenced and related Bankruptcy proceeding. Of course, we will do our standard check to assure that no new client raises an adverse and/or conflict issue and we will notify you promptly if we become aware of a potential or a pre-existing conflict. However, if we do not perceive a conflict of interest, we may accept other clients without seeking the Client's approval. In the unlikely event that the Client decides to take a position adverse to that of another one of our clients in this case (a possibility we do not foresee at this time) then we will not be able to represent the Client in that dispute.

**Personal Guarantee of Shareholder/s**

Although we have made every effort to request a retainer reasonably calculated to cover the anticipated fees and costs for this case, it is possible that the fees and costs may exceed the retainer paid by the client. Since the Company will no longer be operational after the filing and its assets will be controlled by the Chapter 7 Trustee we cannot look to the Company assets for payment of those fees. Therefore we require that the Company shareholder/s personally guarantee payment of our fees and costs to the extent they exceed the retainer paid. **By signing the authorization at the end of this letter you are agreeing to such personal guarantee.**

If the foregoing terms upon which we propose to be engaged and the nature of the engagement are acceptable, please sign or please have a duly authorized representative of the Client sign and return to me the enclosed copy of this letter. Thank you.

Sincerely,

**KENT A. GAERTNER P.C.**

5

By: _____
Kent A. Gaertner
Attorney

Accepted and agreed to by:

The Swim Store, Inc.

By: _____
Title:  President and sole shareholder

Date: 11/29/16

**Don Lauterbach, individually as to
his personal guarantee**

_____
Don Lauterbach

Date: 11/29/16

# United States Bankruptcy Court
## Northern District of Illinois

In re __The Swim Store Inc.__ _____      Case No. _____
                                          Debtor(s)        Chapter  __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __35__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __November 30, 2016__ _____      __/s/ Donald Lauterbach__ _____
                                          __Donald Lauterbach/President__
                                          Signer/Title

.

```
925 ILF, Inc
c/o McQuillan Law Offices
1155 S. Washington St.
Naperville, IL 60540


925 ILF, Inc
c/o McQuillan Law Offices
Naperville, IL 60540


Aqua-Gon
1728 North Aurora Rd.
Naperville, IL 60563


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463


Boughton Materials
11746 S. Naperville Plainfield Rd.
Plainfield, IL 60585


Chase Visa
P.O. Box 15123
Wilmington, DE 19850


Coverstar Central
9211 Castlegate Dr.
Indianapolis, IN 46256


Discovery Ventures Inc
c/o McQuillan Law Offices
1155 S. Washingtron St.
Naperville, IL 60540


Don and Cindy Lauterbach
Debtor's address


Don Lauterbach
Debtor's address


Don Lauterbach
```

Donald and Cindy Lauterbach
20 S. Huffman St.
Naperville, IL 60540


Donald Lauterbach
Debtor's address


Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290-1030


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60602


Illinois Dept of Emplyment Security
2525 Cabot Dr.
Lisle, IL 60532


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


Kendall County Concrete
695 Route 34
Aurora, IL 60503


Lorraine Olach
1212 Atlas Ln.
Naperville, IL 60540


Marilyn Lauterbach
1286 Tennyson Ln.
Naperville, IL 60540


Momkus. McCluskey and Roberts LLC.
1001 Warrenville Rd.  Ste #500
Lisle, IL 60532


Napa Auto Parts
P.O. Box 2047
Norcross, GA 30091

Owens Supply Co.
10025 Clow Creek Dr.
Plainfield, IL 60585


Ozinga Ready Mix Concrete
P.O. Box 910
Frankfort, IL 60423


R.G. Javorek
900 E. Diehl Rd.
Naperville, IL 60563


Ronald G. Javorek
c/o McQuillian Law Offices
1155 S. Washington St.
Naperville, IL 60540


Ryan Herco Flow Solutions
3010 N, San Fernando Blvd.
Burbank, CA 91503


SCP Pool
2657 E. 84th Pl.
Merrillville, IN 46410


Swim Store Custom Pool Co.
c/o McQuillen Law Office
1155 S. Washington St.
Naperville, IL 60540


Swim Store Retail Co.
c/o McQuillen Law Office
1155 S. Washington St.
Naperville, IL 60540


Swim Store Services LLC
c/o McQuillen Law Office
1155 S. Washington St.
Naperville, IL 60540


U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

Unilock Chicago
301 E. Sullivan Rd.
Aurora, IL 60505


Voyager Fleet Systems
P.O. Box 13050
Overland Park, KS 66282-3050


Willco Green
12152 S. Naperville Plainfield Rd.
Plainfield, IL 60585-9597

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The Swim Store Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Swim Store Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2016**

Date

**/s/ Kent A. Gaertner**

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for   **The Swim Store Inc.**

**Kent A. Gaertner P.C.**

**300 S. County Farm Rd.**

**Suite I**

**Wheaton, IL 60187**

**(630) 510-0000 Fax:(630) 510-0004**

**kgaertner@springerbrown.com**